UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Rhonda L. George,

      Plaintiff,

vs.                                                                                                                    ORDER

Jo Anne B. Barnhart, Commissioner
of Social Security,

      Defendant.                                          Civ. No. 05-1144 (PAM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Plaintiff's Motion [Docket No. 6] for Summary Judgment is denied.

2. That the Defendant's Motion [Docket No. 14] for Summary Judgment is granted.

                                                                          BY THE COURT:

                                                                         s/ Paul A. Magnuson

Dated: January 17, 2007                                        Judge Paul A. Magnuson
At St. Paul, Minnesota                                           United States District Court